07-14-00447-CV

STATE OF TEXAS                                          DECEMBER 23,2014
COURT OF APPEALS
7TH DISTRICT
HONORABLE DISTRICT CLERK
501 S.FILMORE
SUITE 2-A
(ZIP 79101-2449)
P.O.BOX 9540
AMARILLO,TEXAS 79105-9549                    <u>RE: NOTICE OF APPEAL</u>


RESPECTFULLY:


    I am submitting this Notice of Appeal to this Honorable Court of Appeals in regards of the final decree issued by the Honorable Judge for the 64TH District Court which was submitted on December 5,2014.

    By a mistake,the Notice of appeal was sent to the United States Court of Appeals,Fifth Circuit instead the Court of Appeals, 7TH District for the State of Texas,taking in consideration that I'm doing the filing Pro-Se,I ask this Honorable Court to accept this Notice of Appeal.

    For taht purpose,I am attaching copy of the Notice of Appeal which was submitted to the 64TH District Court of the State of texas on December 5th,2014.

    Please let me know if I have to provide any more documentation or information to:

        JOSE LUIS LARA SOSA
        NO.44536-177
        BSCC-CEDAR HILL UNIT
        3711 WRIGHT AVE.
        BIG SPRING,TEXAS 79720

    I want to thank you in advance all your help and understanding in this matter, Respectfully:

                     José Luis Lara Sosa

CAUSE NO. A9664-1310

| | | |
|---|---|---|
| IN THE MATTER OF THE | ] | IN THE 64TH DISTRICT COURT |
| MARRIAGE OF JOSE LUIS LARA | ] | STATE OF TEXAS |
| SOSA,PETITIONER | ] | |
| | ] | OF |
| | ] | |
| AND | ] | CASTRO COUNTY |
| | ] | |
| | ] | |
| AMY CHRISTINA LARA; | ] | NOTICE OF APPEAL |
| RESPONDENT | ] | |
| | ] | |

NOW COMES the Petitioner,Jose Luis Lara Sosa,Pro Se and respectfully takes and enters his appeal to the Court of Appeals, to review tha Final Decree of the 64TH Distrct Court bearing the date December 2,2014,in regards his Petiton for divorce.

DATED ON THIS 5TH DAY OF DECEMBER 2014

RESPECTFULLY SUBMITTED

*Jose Luis Lara Sosa*
JOSE LUIS LARA SOSA
NO.44536-177
BSCC-CEDAR HILL UNIT
3711 WRIGHT AVE.
BIG SPRING,TEXAS 79720

c.c. HONORABLE COURT OF APPEAL,FIFTH CIRCUIT
600 S.MAESTRI PLACE,NEW ORLEANS,LA. 70130-3408

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 12, 2014

Mr. Jose Luis Lara Sosa
#44536-177
BSCC-Cedar Hill Unit
3711 Wright Ave.
Big Spring, TX 79720

Dear Mr. Sosa,

I am returning your petition, complaint or other papers for the following reason(s):

This is a court of limited jurisdiction. This means we can only act on cases which have been filed and decided in a U. S. District Court, or an agency within this circuit.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

Enclosure(s)

JOSE LUIS LARA SOSA
NO. 44536-177
BSCC-CEDAR HILL UNIT
3711 WRIGHT AVE.
BIG SPRING, TEXAS 79720

LEGAL MAIL

MIDLAND TX 797
RIO GRANDE DISTRICT
24 DEC 2014 PM 1 1



STATE OF TEXAS
COURT OF APPEALS
7TH DISTRICT
HONORABLE DISTRICT CLERK
501 S. FILMORE
SUITE 2-A
(ZIP 79101-2449)
P.O. BOX 9540
AMARILLO, TEXAS 79105-9549

ACCEPTED BY CEDAR HILL UNIT